**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1985**

———————

CYNTHIA BERNICE WHITE,

Plaintiff - Appellant,

versus

ANTHONY SANCES, JR., Ph.D., individually; BIO-
MECHANICS INSTITUTE, LIMITED,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-2128-AW)

———————

Submitted:  January 26, 2001          Decided:  March 13, 2001

———————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Erik D. Frye, Greenbelt, Maryland, for Appellant. John A. McCauley,
Andrew M. Dansicker, VENABLE, BAETJER & HOWARD, L.L.P., Baltimore,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cynthia Bernice White appeals the district court's orders: granting Defendants' motion to dismiss this action alleging breach of contract, negligence, and professional malpractice; and denying her motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See White v. Sances, No. CA-99-2128-AW (D. Md. filed April 26, 2000, entered April 27, 2000; filed June 22, 2000, entered June 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2